

## Fourth Court of Appeals

### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00438-CV

In the **ESTATE** of Joseph David **MARKS** Sr., Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2015PC0155
Honorable Kelly Cross, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  October 5, 2016

MOTIONS TO DISMISS GRANTED; APPEAL DISMISSED

As of this date, a clerk's record has not been filed.  On August 26, 2016, however, appellees Joseph D. Marks Jr. and Jeffery Marks filed a motion to dismiss this appeal, arguing there is no final, appealable order from which appellant can appeal.  On September 6, 2016, appellant Jo Ann Marks Rivera filed a motion to dismiss this appeal, admitting there is no final, appealable order.  Accordingly, we grant both the appellant's and appellees' motions to dismiss.  *See* TEX. R. APP. P. 42.1(a)(1).  We order all costs assessed against appellant.  *See id.* R. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM